# HINSHAW
& CULBERTSON LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-11
```

**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

## MEMO ENDORSED

June 3, 2011

> The Court does not intend to allow the parties to "park" the lawsuit in the Courthouse until obligations under a settlement agreement have been fulfilled. Action should be dismissed without prejudice to reinstatement.

**VIA FACSIMILE (212-805-7949)**
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   Grayson v. Financial Credit Service, Inc.
      Docket No. 11-CV-00443 (PKC)(GWG)

Dear Judge Castel:

We represent Defendant, Financial Credit Service, Inc. ("FCS"), in the above-referenced lawsuit and write to respectfully advise the Court that the parties have fully resolved their differences and anticipate submitting closing documents within the next seventy-five (75) days. That time frame is needed for the parties to fulfill their respective obligations. Consequently, the parties respectfully request that the Court adjourn all set dates at this time, including the initial conference scheduled on June 20, 2011 at 10:45 a.m.

We thank the Court for its consideration in this matter.

> Application Denied.
> SO ORDERED
> [signature] USDJ
> 6-3-11

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _____
Concepcion A. Montoya (CM-7147)

cc:   Adam Fishbein, Esq. (Via Facsimile (516) 791-4411))

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin
130107077v1 0920305 59604